# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Friedland, Michelle T. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>05/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |

**7. Chambers or Office Address**

Robert F. Peckham U.S. Courthouse
280 South First Street
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▮▮▮▮▮▮ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedland, Michelle T.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Individual Assets (H) | | | | | | | | | |
| 2.   BANK OF AMERICA (cash) | A | Interest | L | T | | | | | |
| 3.   STANFORD FEDERAL CREDIT UNION (cash) | A | Interest | | | Closed | 10/19/19 | K | | |
| 4.   INVESTMENT ACCOUNT #1 (H) | | | | | | | | | |
| 5.   VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | A | Int./Div. | J | T | | | | | |
| 6.   VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | M | T | | | | | |
| 7.   VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | D | Dividend | N | T | | | | | |
| 8.   INVESTMENT ACCOUNT #2 (H) | | | | | | | | | |
| 9.   VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | A | Int./Div. | J | T | | | | | |
| 10.   VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | M | T | | | | | |
| 11.   VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | D | Dividend | N | T | | | | | |
| 12.   IRA #1 (H) | | | | | | | | | |
| 13.   VANGUARD EXTENDED MKT INDEX ADM (VEXAX) | B | Dividend | M | T | | | | | |
| 14.   VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | B | Int./Div. | M | T | | | | | |
| 15.   VANGUARD TOTAL INTL BOND IX ADM (VTABX) | C | Dividend | L | T | | | | | |
| 16.   IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedland, Michelle T.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD TOTAL INTL BOND INDEX ADMIRAL SHARES (VTABX) | A | Dividend | K | T | | | | | |
| 18. VANGUARD TOTAL BOND MKT INDEX ADMIRAL SHARES (VBTLX) | E | Dividend | O | T | | | | | |
| 19. IRA #3 (H) | | | | | | | | | |
| 20. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | B | Dividend | M | T | | | | | |
| 21. IRA #4 (H) | | | | | | | | | |
| 22. VANGUARD EXTENDED MKT IDX ADM CL (VEXAX) | A | Dividend | L | T | | | | | |
| 23. IRA #5 (H) | | | | | | | | | |
| 24. VANGUARD TOTAL INTL BOND INDEX ADMIRAL CL (VTABX) | C | Dividend | L | T | | | | | |
| 25. COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 26. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | Buy (add'l) | 12/31/19 | J | | |
| 27. COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 28. SCHOLARSHARE PASSIVE GROWTH PORTFOLIO | | None | M | T | Buy (add'l) | 12/31/19 | J | | |
| 29. TRUST ACCOUNT #1-1 (H) | | | | | | | | | |
| 30. VANGUARD EXTENDED MARKET INDEX ADM (VEXAX) | C | Dividend | N | T | | | | | |
| 31. PRIME MONEY MARKET FUND (VMMXX) | A | Dividend | M | T | Buy | 08/26/19 | K | | |
| 32. | | | | | Buy (add'l) | 09/06/19 | K | | |

| 1 | Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 | Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedland, Michelle T.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. VANGUARD TOTAL INT'L STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | D | Dividend | N | T | | | | | |
| 34. VANGUARD TOTAL BOND MARKET INDEX ADM (VBTLX) | C | Dividend | M | T | | | | | |
| 35. VANGUARD TOTAL STOCK MARKET INDEX FUND ADMIRAL SHARES (VTSAX) | D | Dividend | N | T | | | | | |
| 36. VANGUARD 500 INDEX FUND ADM (VFIAX) | E | Dividend | O | T | Sold (part) | 08/26/19 | K | E | |
| 37. | | | | | Sold (part) | 09/06/19 | K | E | |
| 38. TRUST ACCOUNT #1-2 (H) | | | | | | | | | |
| 39. VANGUARD FEDERAL MONEY MARKET FUND (CASH SWEEP) | A | Interest | K | T | | | | | |
| 40. INVESCO S&P SMALL CAP 600 ETF (RWJ) | B | Dividend | L | T | | | | | |
| 41. CALIFORNIA STATE VARIOUS PURPOSE BOND (13063A4T8) | A | Interest | | | Redeemed | 05/15/19 | J | | |
| 42. TRUST ACCOUNT #1-3 (H) | | | | | | | | | |
| 43. VANGUARD DEVEL MARKETS INDEX FUND ADMIRAL SHARES (VTMGX) | E | Dividend | P1 | T | | | | | |
| 44. VANGUARD EMERGING MARKETS STOCK IND FUND ADMIRAL SHARES (VEMAX) | D | Dividend | M | T | | | | | |
| 45. VANGUARD EXTENDED MKT INDEX ADMIRAL SHARES (VEXAX) | A | Dividend | K | T | | | | | |
| 46. VANGUARD INT'L GROWTH FUND ADMIRAL SHARES (VWILX) | B | Dividend | M | T | | | | | |
| 47. VANGUARD PRIME MONEY MARKET FUND (SWEEP ACCOUNT) (VMMXX) | D | Int./Div. | N | T | | | | | |
| 48. VANGUARD TOTAL INTL STOCK INDEX FUND ADMIRAL SHARES (VTIAX) | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedland, Michelle T. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. VANGUARD TOTAL STOCK MKT INDEX FUND ADMIRAL SHARES (VTSAX) | D | Dividend | O | T | | | | | |
| 50. VANGUARD 500 INDEX FUND ADMIRAL SHARES (VFIAX) | E | Dividend | P1 | T | Sold (part) | 08/26/19 | K | E | |
| 51. | | | | | Sold (part) | 09/06/19 | K | E | |
| 52. TRUST ACCOUNT #1-4 (H) | | | | | | | | | |
| 53. VANGUARD EXTENDED MARKET INDEX (VEXAX) | B | Dividend | M | T | | | | | |
| 54. SAN JOAQUIN HILLS, CA TRANSP. CORRIDOR AGENCY | | None | K | T | | | | | |
| 55. 401(k) #1 (H) | | | | | | | | | |
| 56. FIDELITY MID CAP INDEX (FSMDX) | A | Dividend | J | T | | | | | |
| 57. FIDELITY SMALL CAP INDEX (FSSNX) | A | Dividend | J | T | | | | | |
| 58. FIDELITY 500 INDEX (FXAIX) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Friedland, Michelle T.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 38: This is the specific name of the bond.

Name change: INVESCO S&P SMALLCAP 600 REV ETF was OPPENHEIMER REV WEIGHTED SMALL CAP ETF.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michelle T. Friedland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544